IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TOM WELLS,
        Plaintiff,

vs.                                                    3:06cv461/RV/MD

STATE OF FLORIDA, et al.
        Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff initiated this cause through the filing of a civil complaint on October 18, 2006.  On October 24, 2006, this court entered an order granting plaintiff's motion to proceed pro se, and directing him to either pay the $350.00 filing fee or file a renewed motion for leave to proceed *in forma pauperis*, and to file an amended complaint within thirty (30) days.   (Doc. 5).   When plaintiff failed to respond, on November 30, 2006, the court entered an order to show cause directing plaintiff to show cause why the case should not be dismissed for his failure to comply with an order of the court (doc. 6).  Plaintiff has failed to respond to this order.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

At Pensacola, Florida, this 28th day of December, 2006.


/s/ *Miles Davis*
     **MILES DAVIS**
     **UNITED STATES MAGISTRATE JUDGE**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  **<u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>**  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).