## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**TOM WELLS,**
     **Plaintiff,**

**vs.**               **3:06cv461/RV/MD**

**STATE OF FLORIDA, et al.,**
     **Defendants.**
_____

### O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 28, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This case is dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

At Pensacola, Florida, this 31st day of January, 2007.

**/s/** *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**